# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY A. ALEXANDER

NO. 2020 KW 0313

**MAY 2 8 2020**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 19-WFLN-723.

---

**BEFORE:    WELCH, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** It is well-settled that if prosecution is instituted after the statutory period has elapsed but before the hearing on a motion for release is held pursuant to La. Code Crim. P. art. 701, the defendant is no longer entitled to be released without bail. See **State v. Varnall**, 539 So.2d 45, 46 (La. 1989) (*per curiam*); **State v. Bell**, 2014-1046 (La. App. 1st Cir. 1/15/15), 169 So.3d 417. Therefore, the district court erred by releasing relator from custody without bond. Accordingly, the ruling granting the motion for release is reversed, and the matter is remanded for the district court to set a reasonable bond in this matter by or before July 1, 2020.

JEW
MRT
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT